IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED PHARMACY CONCEPTS, LLC, a Georgia limited liability company, a/k/a Manifest Pharmacy,<br><br>    Defendant. | Civil Action No. 3:22-cv-01384<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff, SANDUSKY WELLNESS CENTER, LLC, by and through its undersigned counsel, hereby notifies the Court that the Parties have reached a resolution of this matter and expect to file a dismissal within the next 45 days.

    Respectfully submitted,

    SANDUSKY WELLNESS CENTER, LLC,
    individually and as the representative of a class of
    similarly-situated persons

    By: /s/ *Ryan M. Kelly*
    Ryan M. Kelly
    ANDERSON + WANCA
    3701 Algonquin Road, Suite 500
    Rolling Meadows, IL  60008
    Telephone:  847-368-1500 / Fax:  847-368-1501
    rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Ryan M. Kelly*
Ryan M. Kelly
