IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sandusky Wellness Center, LLC, | Case No. 3:22 CV 1384 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Advanced Pharmacy Concepts LLC, | |
| Defendant. | |

Counsel represent that this case has resolved (Doc. 10).  Therefore, the docket is marked: "Settled and dismissed without prejudice.  Each party is to bear its own costs."

Plaintiff's "Placeholder" Motion for Class Certification and Brief in Support is denied as moot.  Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within forty-five (45) days, shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 6, 2022